UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROXANA UMANA,                                              Case No.: 0:18-cv-60966-MGC

    Plaintiff,

v.

DISCOVER PRODUCTS INC.

    Defendant.
_____/

## JOINT MOTION TO COMPEL ARBITRATION AND DISMISS MATTER WITHOUT PREJUDICE

Plaintiff, Roxana Umana ("Plaintiff") and Defendant, Discover Products Inc. ("Discover" or "Defendant"), by and through their undersigned counsel, hereby jointly move this Court to compel the above-styled matter to arbitration pursuant to an enforceable contractual arbitration agreement and to dismiss this case. In support thereof, Plaintiff and Defendant state as follows:

1. Plaintiff's claims against Defendant in the above-styled matter are covered by the arbitration provision contained within the December 5, 2016 Discover Personal Loan Agreement, attached hereto as **Exhibit "A"**.

2. Plaintiff and Defendant agree that Plaintiff's claims against Defendant in the above-styled matter should be submitted to arbitration with the American Arbitration Association or JAMS pursuant to the aforementioned agreement.

3. Plaintiff and Defendant agree that Plaintiff's claims against Defendant should be dismissed without prejudice.

**WHEREFORE**, Plaintiff Roxana Umana and Defendant Discover Products Inc. jointly and respectfully move this Court to enter the proposed Agreed Order attached hereto as **Exhibit "B"** and contemporaneously submitted to this Court via email pursuant to this Court's judicial

1

procedures, which compels the above-styled matter to arbitration and dismisses this case without prejudice.

Respectfully submitted this 18th day of May, 2018,

| | |
|---|---|
| */s/ Anthony C. Norman* | */s/ Laura Westerman Tanner* |
| Anthony C. Norman, Esq. | Jacqueline Simms-Petredis, Esq. |
| LOAN LAWYERS, LLC | FL Bar #906751 |
| 2150 S. Andrews Ave. 2nd Floor | Email: jsimms-petredis@burr.com |
| Ft. Lauderdale, Florida 33616 | Secondary:mmichelson@burr.com, |
| anthony@fight13.com | dmorales@burr.com |
| traci@fight13.com | Laura Westerman Tanner, Esq. |
| *Counsel for Plaintiff* | FL Bar #85573 |
| | Email: ltanner@burr.com |
| | Secondary:mmichelson@burr.com, |
| | dmorales@burr.com |
| | Burr & Forman LLP |
| | 201 North Franklin Street, Suite 3200 |
| | Tampa, Florida 33602 |
| | Tel: (813) 221-2626 |
| | Fax: (813) 357-3534 |
| | *Counsel for Defendant* |