UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60966-Civ-COOKE/HUNT

ROXANA UMANA,

    Plaintiff,

vs.

DISCOVER PRODUCTS, INC.,

    Defendant.

_____/

### ORDER GRANTING JOINT MOTION TO COMPEL ARIBTRATION AND DISMISS MATTER WITHOUT PREJUDICE

THIS MATTER is before me on the parties' Joint Motion to Compel Arbitration and Dismiss Matter without Prejudice ("Joint Motion") (ECF No. 6). Having reviewed the Motion and being otherwise fully advised on the premises, it is hereby **ORDERED and ADJUDGED** as follows:

1. The parties Joint Motion (ECF No. 6) is **GRANTED**.
2. This matter is hereby compelled to arbitration pursuant to the arbitration provision contained in the December 5, 2016 Personal Loan Agreement, attached as Exhibit "A" to the Joint Motion (ECF No. 6-1).
3. This matter is **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 21st day of May 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*

1